# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3774
_____

BRENDA ARNOLD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

May 7, 2019


PER CURIAM.

AFFIRMED.

WOLF, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee; Brenda Arnold, pro se, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.